# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

| | | |
|---|---|---|
| PAUL THORPE, | * | |
| | * | |
| Petitioner, | * | CIVIL ACTION NO.: 2:19-cv-23 |
| | * | |
| v. | * | |
| | * | |
| WARDEN EDGE, | * | |
| | * | |
| Respondent. | * | |

## ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 10. Petitioner Paul Thorpe ("Thorpe") did not file Objections to this Report and Recommendation.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation, **GRANTS** Respondent's Motion to Dismiss, **DISMISSES without prejudice** Thorpe's Petition as premature and for failure to exhaust his administrative remedies, and **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate

judgment of dismissal. Additionally, the Court **DENIES** Thorpe *in forma pauperis* status on appeal.

**SO ORDERED**, this ___23___ day of ___July___, 2019.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)